| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951-290-2827<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Christopher Covarrubias | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv).

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*)

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/17/2023       Christopher Covarrubias
                       Printed name of Debtor 1            Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*)

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                       Printed name of Debtor 2            Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                          F 1002-1.EMP.INCOME.DEC

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9702699 | 1 of 1 |

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 05/22/2023
Period Ending: 05/28/2023
Pay Date: 05/31/2023

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 2        Federal:
  State: 2          State:
  Local: 0          Local:
Social Security Number: XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 39.91 | 838.11 | 17155.32 |
| Overtime | 31.5000 | 0.27 | 8.51 | 44.76 |
| Sick | | | 0.00 | 630.00 |
| Holiday | | | 0.00 | 210.00 |
| **Gross Pay** | | | **$846.62** | **$18,040.08** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -58.85 | 1227.16 |
| Social Security | -51.20 | 1090.14 |
| Medicare | -11.97 | 254.95 |
| California State Income | -12.26 | 244.92 |
| California State DI | -7.44 | 158.25 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -33.86 | 721.51 |
| *125 plan | -20.78 | 457.16 |
| **Net Pay** | | **$650.26** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 33.86 | 721.51 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 30.00 |
| - Taken Hours | 0.00 | 30.00 |
| - Balance | | 0.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 40.18 | 818.34 |

| Deposits |  |  |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 650.26 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $791.98
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date:    05/31/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 650.26 |

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9726621 | 1 of 1 | | |

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 05/29/2023
Period Ending: 06/04/2023
Pay Date: 06/07/2023

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal:    2                  Federal:
  State:      2                  State:
  Local:      0                  Local:
Social Security Number:   XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 25.06 | 526.26 | 17681.58 |
| Overtime | | | 0.00 | 44.76 |
| Sick | | | 0.00 | 630.00 |
| Holiday | 21.0000 | 10.00 | 210.00 | 420.00 |
| **Gross Pay** | | | **$736.26** | **$18,776.34** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.13 | 1273.29 |
| Social Security | -44.36 | 1134.50 |
| Medicare | -10.38 | 265.33 |
| California State Income | -7.60 | 252.52 |
| California State DI | -6.43 | 164.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -29.45 | 750.96 |
| *125 plan | -20.78 | 477.94 |
| **Net Pay** | | **$571.13** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 29.45 | 750.96 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 30.00 |
|   - Taken Hours | 0.00 | 30.00 |
|   - Balance | | 0.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 40.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 40.00 |
| Total Hours Worked | 25.06 | 843.40 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 571.13 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $686.03
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date: 06/07/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 571.13 |

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9747254 | 1 of 1 |

**Earnings Statement** 

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 06/05/2023
Period Ending: 06/11/2023
Pay Date: 06/14/2023

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal:   2                     Federal:
  State:     2                     State:
  Local:     0                     Local:
Social Security Number: XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 39.54 | 830.34 | 18511.92 |
| Overtime | 31.5000 | 0.15 | 4.73 | 49.49 |
| Sick | | | 0.00 | 630.00 |
| Holiday | | | 0.00 | 420.00 |
| **Gross Pay** | | | **$835.07** | **$19,611.41** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.51 | 1330.80 |
| Social Security | -50.49 | 1184.99 |
| Medicare | -11.80 | 277.13 |
| California State Income | -11.77 | 264.29 |
| California State DI | -7.33 | 172.01 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -33.40 | 784.36 |
| *125 plan | -20.78 | 498.72 |
| **Net Pay** | | **$641.99** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 33.40 | 784.36 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 30.00 |
|   - Taken Hours | 0.00 | 30.00 |
|   - Balance | | 0.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 40.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 40.00 |
| Total Hours Worked | 39.69 | 883.09 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 641.99 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $780.89
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date: 06/14/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 641.99 |

THIS IS NOT A CHECK

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9781762 | 1 of 1 |

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 06/12/2023
Period Ending: 06/18/2023
Pay Date: 06/21/2023

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
    Federal:    2                Federal:
    State:      2                State:
    Local:      0                Local:
Social Security Number:    XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 39.98 | 839.58 | 19351.50 |
| Overtime | 31.5000 | 0.23 | 7.25 | 56.74 |
| Sick | | | 0.00 | 630.00 |
| Holiday | | | 0.00 | 420.00 |
| **Gross Pay** | | | **$846.83** | **$20,458.24** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -58.87 | 1389.67 |
| Social Security | -51.21 | 1236.20 |
| Medicare | -11.98 | 289.11 |
| California State Income | -12.27 | 276.56 |
| California State DI | -7.44 | 179.45 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -33.87 | 818.23 |
| *125 plan | -20.78 | 519.50 |
| **Net Pay** | **$650.41** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 33.87 | 818.23 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 30.00 |
| - Taken Hours | 0.00 | 30.00 |
| - Balance | | 0.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 40.21 | 923.30 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 650.41 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $792.18
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date:    06/21/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 650.41 |

THIS IS NOT A CHECK

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9803333 | 1 of 1 |

**Earnings Statement**

ADP

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 06/19/2023
Period Ending: 06/25/2023
Pay Date: 06/28/2023

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  2                  Federal:
  State:    2                  State:
  Local:    0                  Local:
Social Security Number: XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 39.67 | 833.07 | 20184.57 |
| Overtime | 31.5000 | 0.29 | 9.14 | 65.88 |
| Sick | | | 0.00 | 630.00 |
| Holiday | | | 0.00 | 420.00 |
| **Gross Pay** | | | **$842.21** | **$21,300.45** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -58.34 | 1448.01 |
| Social Security | -50.93 | 1287.13 |
| Medicare | -11.91 | 301.02 |
| California State Income | -12.07 | 288.63 |
| California State DI | -7.39 | 186.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -33.68 | 851.91 |
| *125 plan | -20.78 | 540.28 |
| **Net Pay** | | **$647.11** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 33.68 | 851.91 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 30.00 |
|   - Taken Hours | 0.00 | 30.00 |
|   - Balance | | 0.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 40.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 40.00 |
| Total Hours Worked | 39.96 | 963.26 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 647.11 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $787.75
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date: 06/28/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 647.11 |

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9834030 | 1 of 1 | | |

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 06/26/2023
Period Ending: 07/02/2023
Pay Date: 07/05/2023

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:   2                Federal:
  State:     2                State:
  Local:     0                Local:
Social Security Number:  XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 39.92 | 838.32 | 21022.89 |
| Overtime | 31.5000 | 0.01 | 0.32 | 66.20 |
| Sick | | | 0.00 | 630.00 |
| Holiday | | | 0.00 | 420.00 |
| **Gross Pay** | | | **$838.64** | **$22,139.09** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.93 | 1505.94 |
| Social Security | -50.71 | 1337.84 |
| Medicare | -11.86 | 312.88 |
| California State Income | -11.92 | 300.55 |
| California State DI | -7.36 | 194.20 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -33.54 | 885.45 |
| *125 plan | -20.78 | 561.06 |
| **Net Pay** | | **$644.54** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 33.54 | 885.45 |
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 30.00 |
|  - Taken Hours | 0.00 | 30.00 |
|  - Balance | | 0.00 |
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 40.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 40.00 |
| Total Hours Worked | 39.93 | 1003.19 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 644.54 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $784.32
* Excluded from Federal taxable wages

Milliplan Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date:    07/05/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 644.54 |

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9858807 | 1 of 1 | | ADP |

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting: 07/03/2023
Period Ending: 07/09/2023
Pay Date: 07/12/2023

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:    2        Federal:
  State:      2        State:
  Local:      0        Local:
Social Security Number:  XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 21022.89 |
| Overtime | | | 0.00 | 66.20 |
| Vacation | 21.0000 | 20.00 | 420.00 | 420.00 |
| Sick | | | 0.00 | 630.00 |
| Holiday | 21.0000 | 10.00 | 210.00 | 630.00 |
| **Gross Pay** | | | **$630.00** | **$22,769.09** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -33.89 | 1539.83 |
| Social Security | -37.77 | 1375.61 |
| Medicare | -8.84 | 321.72 |
| California State Income | -3.11 | 303.66 |
| California State DI | -5.48 | 199.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -25.20 | 910.65 |
| *125 plan | -20.78 | 581.84 |

| **Net Pay** | | **$494.93** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 25.20 | 910.65 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 30.00 |
|   - Taken Hours | 0.00 | 30.00 |
|   - Balance | | 0.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 40.00 |
|   - Taken Hours | 20.00 | 20.00 |
|   - Balance | | 20.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6529 | XXXXXXXXX | 494.93 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $584.02
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date:    07/12/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 494.93 |

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| KQ / G6X 24868375 | 01/ | 9888375 | 1 of 1 | | |

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Period Starting:   07/10/2023
Period Ending:    07/16/2023
Pay Date:             07/19/2023

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
    Federal:   2                Federal:
    State:     2                State:
    Local:     0                Local:
Social Security Number:    XXX-XX-8000

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 35.96 | 755.16 | 21778.05 |
| Overtime | | | 0.00 | 66.20 |
| Vacation | | | 0.00 | 420.00 |
| Sick | | | 0.00 | 630.00 |
| Holiday | | | 0.00 | 630.00 |
| **Gross Pay** | | | **$755.16** | **$23,524.25** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.31 | 1588.14 |
| Social Security | -45.53 | 1421.14 |
| Medicare | -10.64 | 332.36 |
| California State Income | -8.39 | 312.05 |
| California State DI | -6.61 | 206.29 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -30.20 | 940.85 |
| *125 plan | -20.78 | 602.62 |
| **Net Pay** | | **$584.70** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.20 | 940.85 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 30.00 |
| - Taken Hours | 0.00 | 30.00 |
| - Balance | | 0.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 20.00 |
| - Balance | | 20.00 |
| Total Hours Worked | 35.96 | 1039.15 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6529 | XXXXXXXXX | 584.70 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $704.18
* Excluded from Federal taxable wages

Millipart Inc
412 W Carter Dr
Glendora, CA 91740

Pay Date:       07/19/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6529 | XXXXXXXXX | 584.70 |

THIS IS NOT A CHECK

Christopher H Covarrubias
1461 West Mission Blvd Unit 90
Pomona, CA 91766-1244